NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MELVIN JOSEPH SIMMONS,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2023-1468

---

Appeal from the United States Court of Federal Claims in No. 1:21-cv-02271-EHM, Judge Edward H. Meyers.

---

## O R D E R

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

2                                                    SIMMONS V. US

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

May 9, 2023
    Date                        /s/ Peter R. Marksteiner
                                Peter R. Marksteiner
                                Clerk of Court

**ISSUED AS A MANDATE:** May 9, 2023